# ELECTRONIC RECORD

COA #   06-14-00071-CR          OFFENSE:   22.021

STYLE:   Skie Jordan Smith v. The State of Texas          COUNTY:   Marion

COA DISPOSITION:   Affirmed          TRIAL COURT:   115th District Court

DATE: 2/25/15          Publish: YES     TC CASE #:   F14369

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Skie Jordan Smith v. The State of Texas          CCA #:   **325-15**

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:   _____

_____REFUSED_____          JUDGE:   _____

DATE: _04/29/2015_          SIGNED: _____          PC: _____

JUDGE: _Lui Lurrin_          PUBLISH: _____          DNP: _____

- - - - - - - - - - - - - - - - - - - - - - - - - -

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**